UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

TUDOR INSURANCE COMPANY, )
)
        Plaintiff    )
)
vs. ) Case No. 1:09-cv-00025-RBP-HGD
)
BWW, INC. d/b/a SERVPRO )
WW10, et al., )
)
        Defendants    )

## **MEMORANDUM OPINION**

On September 13, 2010, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by either the plaintiff or the defendants.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge. Accordingly, the court finds and concludes that Motion for Summary Judgment filed by Tudor Insurance Company is due to be granted and the Motion for Summary Judgment filed by BWW, Inc. d/b/a Servpro WW10 is due to be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 30th day of September, 2010.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**